# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

Taubenfeld, et al. v. AON Corp., et al.

Case Number: **02 CV 5631**

RECEIVED JUL 27 2004

DOCKETED JUL 28 2004

JUDGE HARRY D. LEINENWEBER
DISTRICT COURT JUDGE

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Hannah Feldman (class settlement objector)

FILED JUL 27 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: William Bogot | NAME: Robert Stein III |
| FIRM: Stein Bogot, Ltd. | FIRM: Stein Bogot, Ltd. |
| STREET ADDRESS: 33 North LaSalle Street, 29th Floor | STREET ADDRESS: 33 North LaSalle Street, 29th Floor |
| CITY/STATE/ZIP: Chicago, IL 60602 | CITY/STATE/ZIP: Chicago, IL 60602 |
| TELEPHONE NUMBER: 312-334-4805 | FAX NUMBER: 312-577-0964 | TELEPHONE NUMBER: 312-334-4805 | FAX NUMBER: 312-577-0964 |
| E-MAIL ADDRESS: bill@steinbogot.com | E-MAIL ADDRESS: rob@steinbogot.com |
| IDENTIFICATION NUMBER: 6224505 | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? NO ☑ | MEMBER OF TRIAL BAR? NO ☑ |
| TRIAL ATTORNEY? NO ☑ | TRIAL ATTORNEY? NO ☑ |
|  | DESIGNATED AS LOCAL COUNSEL? NO ☑ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | FAX NUMBER: | TELEPHONE NUMBER: | FAX NUMBER: |
| E-MAIL ADDRESS: | E-MAIL ADDRESS: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? NO ☑ | MEMBER OF TRIAL BAR? |
| TRIAL ATTORNEY? NO ☑ | TRIAL ATTORNEY? |
| DESIGNATED AS LOCAL COUNSEL? NO ☑ | DESIGNATED AS LOCAL COUNSEL? |